## CAMILLA D. ROSS *v.* EDWIN C. ST. GERMAIN

The defendant's petition for certification for appeal from the Appellate Court (AC 28607) is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Edwin C. St. Germain,* pro se, in support of the petition.

*John C. Wirzbicki,* in opposition.

Decided July 17, 2007

## IN RE ADAM H.

The petition by Attorney Denise Evarts for certification for appeal from the Appellate Court (AC 28710) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Geraldine Ficarra,* in support of the petition.

*Jane R. Rosenberg,* assistant attorney general, in opposition.

Decided July 17, 2007